```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

LANNY DAVIS,                          )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )     No. 4:05-CV-2267 CEJ
                                      )
MCI COMMUNICATIONS SERVICES,          )
INC.,                                 )
                                      )
            Defendant.                )

## ORDER

On March 13, 2006, this Court granted defendant's motion for sanctions against plaintiff's counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure. Defendant was ordered to submit a verified statement of the attorneys' fees it incurred in this action, and the defendant did so on March 28, 2006.

Defendant MCI seeks a total of $35,617.43 in this matter, representing the costs and attorneys' fees it incurred in responding to plaintiff's complaint. Plaintiff has not challenged the defendant's verified statement of its fees and expenses. Because the defendant was required to defend against an action that was wholly frivolous, the Court believes that a sanction representing the cost of the defense is justified. After reviewing the defendant's verified statement, the Court finds that the amount of time expended and the hourly rates charged by counsel are reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's counsel Natalia D. McKinstry shall pay to defendant MCI Communication Services, Inc.,

defendant's attorneys' fees and expenses in the sum of **$35,617.43**, as a sanction for violation of Rule 11 of the Federal Rules of Civil Procedure.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of December, 2006.